UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | 2:25-cv-03104-CAS-RAO |
| Title | Fernando Rodriguez Hernandez v. Jaouher Mourou et al |
| Date | May 5, 2025 |

Present: The Honorable **CHRISTINA A. SNYDER**

| CATHERINE JEANG | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: N/A

Attorneys Present for Defendants: N/A

**Proceedings:** (In Chambers:) ORDER TO REMAND

On January 9, 2025, plaintiff Fernando Rodriguez Hernandez d/b/a One Million Collision ("plaintiff") filed this unlawful detainer action against defendants Jaouher Mourou and Does 1-10 ("defendants") in Los Angeles County Superior Court. Dkt. 1 at 10. Does 1-10 appear to be "all others in possession" of the premises at issue, located at 1212 1/2 S. La Brea Avenue, Los Angeles, CA 90019. Id. at 9-10.

On April 9, 2025, defendant Jim Clem ("Clem") removed the case to this Court. Id. at 1. It appears that Clem is one of the Doe defendants, as he lists his address as 1212 1/2 S. La Brea Avenue, Los Angeles, CA 90019 and refers to himself as a "tenant," as well as a "[d]efendant" and "party" in the state court action. See id. at 1-2. Clem concurrently filed a request to proceed *in forma pauperis*. Dkt. 2. Clem asserts that this Court has jurisdiction on the basis of a federal question. Dkt. 1 at 2 (citing 28 U.S.C. § 1331 and § 1441).

It appears that this Court lacks subject matter jurisdiction over this action. The law is clear that "[u]nlawful detainer actions are strictly within the province of state court." Federal Nat'l Mort. Assoc. v. Suarez, 2011 U.S. Dist. LEXIS 82300, *6 (E.D. Cal. Jul. 27, 2011); Deutsche Bank Nat'l Trust Co. v. Leonardo, 2011 U.S. Dist. LEXIS 83854, *2 (C.D. Cal. Aug. 1, 2011) ("[T]he complaint only asserts a claim for unlawful detainer, a cause of action that is purely a matter of state law.").

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES - GENERAL**

| Case No. | 2:25-cv-03104-CAS-RAO | Date | May 5, 2025 |
|---|---|---|---|
| Title | Fernando Rodriguez Hernandez v. Jaouher Mourou et al | | |

Here, the only claim asserted by plaintiff is for unlawful detainer against defendants. See dkt. 1 at 9. The Court therefore lacks subject matter jurisdiction and must remand. Suarez, 2011 U.S. Dist. LEXIS 82300 at *6. On April 16, 2025, the Court ordered Clem to show cause, in writing, no later than May 1, 2025, why this case should not be remanded to Los Angeles County Superior Court. Dkt. 7. Clem has failed to respond to the order to show cause. Accordingly, the Court **REMANDS** this case to Los Angeles County Superior Court.

IT IS SO ORDERED.

:

Initials of Preparer      vrv